# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2292 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 134 DB 2013 |
| | : | |
| | : | Attorney Registration No. 40760 |
| v. | : | |
| | : | (Out of State) |
| MICHAEL D. BARTKO | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of October, 2016, upon consideration of the Recommendation for Public Censure Pursuant to Disciplinary Board Rule §89.205(e), it is ORDERED that Michael D. Bartko is subjected to public censure by the Supreme Court.

Additionally, Respondent is placed on administrative suspension, *see* Pa.R.D.E. 219(l), and he shall comply with the provisions of Pa.R.D.E. 217.